**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

THOMAS P. SMITH,

    Plaintiff,

v.                        Case No.  8:09-cv-1446-T-30TGW

UNIVERSAL HEALTH CARE, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Agreed Motion to Dismiss (Dkt. #79).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Agreed Motion to Dismiss (Dkt. #79) is GRANTED.

2.    This cause is dismissed with prejudice, with each party to bear their own attorney's fees and court costs.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 1, 2010.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1446.dismiss 79.wpd